**Entered on Docket**
**November 13, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>Adama Land Development Corp.<br><br>Debtor(s) | BK 02-12942-LBR<br>Ch 7<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $2,994.49 constituting an unclaimed dividend is declared due to Jean Alce c/o Dilks & Knopik.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

Jean Alce
c/o Dilks & Knopik
PO Box 2728
Issaquah WA. 98027

###