Entered on Docket
March 09, 2010

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:
Adama Land Development Corp.

Debtor(s)

BK 02-12942 LBR
Ch 7

Hearing Date: N/A
Hearing Time: N/A

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $14,972.44 constituting an unclaimed dividend is declared due to SMCJ Tropicana Ventures c/o Dilks & Knopik.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

SMCJ Tropicana Ventures
c/o Dilks & Knopik
PO Box 2728
Issaquah WA. 98027

###